## PENSACOLA SHIPBUILDING CO. et al. v. VINCENNES BRIDGE CO.

### No. 3035.

Circuit Court of Appeals, Fourth Circuit.

Nov. 5, 1930.

Willis Smith, of Carrollton, Ga. (W. T. Joyner, of Raleigh, N. C., on the brief), for appellants.

Seymour Riddle, of Vincennes, Ind., and James H. Pou, of Raleigh, N. C. (Pou & Pou, of Raleigh, N. C., on the brief), for appellee.

Before NORTHCOTT, Circuit Judge, and GRONER and SOPER, District Judges.

### PER CURIAM.

This is an appeal from a judgment rendered by the District Court at Raleigh, N. C., in favor of the plaintiff (appellee) against the defendants (appellants). By consent, the case was referred to an auditor or special master who was required "to find the facts and state his conclusions of law." The appeal challenges the correctness of the master's findings of fact which were adopted and approved by the District Court and on which the judgment of the District Court was based. We have carefully examined the record and are satisfied that the weight of the evidence amply supports the findings of the master, and sustains the judgment.

Ordinarily, the determinations of a master, appointed by consent of parties, are not subject to be set aside and disregarded, unless plainly wrong. His findings are presumptively correct, and, except for manifest error in the consideration of the evidence or in the application of the law, are to be accepted. In this case we think the weight of the evidence is clearly with the plaintiff, and, for this reason, the judgment of the District Court should be, and is, affirmed. See Kimberly v. Arms, 129 U. S. 512, 523, 9 S. Ct. 355, 32 L. Ed. 764; United States Fidelity & Guaranty Co. v. Hampton (C. C. A. 5th Ct.) 134 F. 734; Rose's Federal Procedure (3d Ed.) § 570.

Affirmed.

## LAFAYETTE DEVELOPMENT CO., Inc., et al. v. BIECKER.

### No. 6025.

Circuit Court of Appeals, Fifth Circuit.

Dec. 5, 1930.

Allison E. Palmer, of Orlando, Fla., for appellants.

Hugh Akerman and Claude L. Gray, both of Orlando, Fla. (Claude L. Gray, of Orlando, Fla., on the brief), for appellee.

Before BRYAN, FOSTER, and WALKER, Circuit Judges.

### PER CURIAM.

An appeal was taken in this suit from an order appointing a receiver, and temporarily enjoining certain officers and directors of the Lafayette Development Company, a corporation, from selling or disposing of the property of that corporation. No citation was issued. The transcript of record was not filed until after the return day, and no extension of time for filing was applied for or granted, as required by rules XIV(5) and XVI(1) of the rules of this court.

On motion of appellee, the appeal is dismissed.